UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

YAMINA BENSBEUR, ASADMINISTRATIX OF THE
ESTATE OF AZZ-EL ISLAM BENSBEUR,
DECEDENT,

CIVIL ACTION No.:
08 CIV 2852

Plaintiff(s),

-against-

**NOTICE OF MOTION FOR
SUMMARY JUDGMENT**

THE RIHGA ROYAL HOTEL a/k/a THE NEW
LONDON HOTEL,

**Judge Roslynn R. Mauskopf**

Defendant(s).
-------------------------------------------------------------------X

**MOTION BY:**

LAW OFFICES OF EDWARD GARFINKEL
Attorneys for Defendant, THE RIHGA ROYAL
HOTEL a/k/a THE NEW LONDON HOTEL

**DATE, TIME AND PLACE
OF HEARING:**

At the United States District Court for the Eastern
District of New York. Located at The United States
Court House, 225 Cadman Plaza East, Brooklyn, New
York, on a date to be set by the Court.

**SUPPORTING PAPERS:**

Affirmation of Heidi M. Weiss, dated January 11,
2011, Statement Pursuant to Rule 56.1, Memorandum
of Law and all exhibits and prior pleadings heretofore
had herein.

**RELIEF DEMANDED:**

An Order of Summary Judgment pursuant to Rule 56
dismissing plaintiff's complaint in its entirety and for
such other and further relief as this Court deems just
and proper.

Dated: Brooklyn, New York
        January 13, 2011

Yours, etc.,

The Law Offices of Edward Garfinkel
Attorneys for Defendant
THE RIHGA ROYAL HOTEL a/k/a THE NEW
LONDON HOTEL

By: _____
Heidi M. Weiss (HMW 7104)
12 Metrotech Center, 28th Floor
Brooklyn, New York 11201-3837
(718) 250-1100
Our File # NYNY 27569


TO:     Robert J. Renna, P.C.
        Attorney for Plaintiffs
        26 Court Street, Suite 2303
        Brooklyn, NY  11242